956

No. 394, Misc. BANDY v. UNITED STATES ATTORNEY GENERAL. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari denied. Petitioner *pro se*. *Solicitor General Marshall, Assistant Attorney General Rogovin, Meyer Rothwacks* and *Richard B. Buhrman* for respondent.

No. 551. UNITED STATES v. KILGORE ET AL. Appeal from D. C. S. D. Cal. Probable jurisdiction noted. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States. Appellee Kilgore, *pro se*.

No. 375. LEVI v. KENTUCKY. Ct. App. Ky. Certiorari denied. *John Y. Brown* for petitioner. *Robert Matthews*, Attorney General of Kentucky, and *George F. Rabe*, Assistant Attorney General, for respondent.

No. 516. COMPTON v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *E. J. Butler* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 568. UTTECH, SHERIFF v. FOSTER. Sup. Ct. Wis. Certiorari denied. *Bronson C. La Follette*, Attorney General of Wisconsin, *John J. Dillon*, Attorney General of Indiana, and *Douglas B. McFadden*, Deputy Attorney General, for petitioner. *Robert E. Cook* for respondent.